CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
DIANA M. RIVERA, ESQ.: STATE BAR NO.: 222025
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California  91403
(818) 205-9955; (818) 205-9944 fax
E-Mail:  cmay@tharpe-howell.com
E-Mail:  gsharaga@tharpe-howell.com

Attorneys for Defendant,
 LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED HAINES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LOWE'S HIW, INC., and DOES 1 TO 25,<br><br>　　　　　　Defendants. | CASE NO.:  2:12-CV-02117-LKK-KJN<br><br>(Sacramento County Superior Court Case No.: 34-2012-00123892)<br><br>**ORDER ON STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE**<br><br>Pre-Trial Conference:<br><br>Date:  February 3, 2014<br>Time:  1:30 p.m.<br>Ctrm:  4<br><br>Trial:<br><br>Date:  May 6, 2014<br>Time:  10:30 a.m.<br>Ctrm:  4 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Court has reviewed and considered the parties Stipulation to Extend Expert Witness Disclosure Deadline and makes the following findings:

- 1 -
ORDER ON STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE
**Haines v. Lowe's HIW, Inc.**
**Case No.:** 2:12-CV-02117-LKK-KJN

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby **ORDERED** that:

1. The expert witness disclosure deadline currently set for July 3, 2013 is extended to **August 5, 2013**. All other deadlines remain unchanged.

**IT IS SO ORDERED.**

**Dated:** June 20, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

   **[PROPOSED] ORDER ON STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Larry S. Buckley, Esq.
   LAW OFFICES OF LARRY S. BUCKLEY
   1660 Humboldt Road, Suite 5
   Chico, CA 95928
   Tel: (530) 343-3695/Fax: (530) 343-3110

   Attorneys for Plaintiff, TED HAINES

5. a. ___ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ___ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

      (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

      (2) ___ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

      I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

   c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   d. ___ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

    e.   ___   **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

    f.   **X**   **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date):* June ___, 2013

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 6/ /13 | Michele Schee | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\25000-000\25131\Pleadings\FEDERAL\Order on Stip to Cont Expert Disclosure Deadline.docx

**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 4 -
[PROPOSED] ORDER ON STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE

**Haines v. Lowe's HIW, Inc.**
**Case No.:** 2:12-CV-02117-LKK-KJN