CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California  91403
(818) 205-9955; (818) 205-9944 fax
E-Mail:  cmay@tharpe-howell.com
E-Mail:  gsharaga@tharpe-howell.com
E-Mail:  drivera@tharpe-howell.com

Attorneys for Defendant,
    LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED HAINES,<br><br>                    Plaintiff,<br><br>vs.<br><br>LOWE'S HIW, INC., and DOES 1 TO 25,<br><br>                    Defendants. | CASE NO.:  2:12-CV-02117-LKK-KJN<br><br>(Sacramento County Superior Court Case No.: 34-2012-00123892)<br><br>**ORDER ON VOLUNTARY DISMISSAL  PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

IT IS HEREBY ORDERED that the Complaint of Plaintiff TED HAINES is hereby dismissed in its entirety, with prejudice.

Dated:  September 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

   **[PROPOSED] ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Larry S. Buckley
   LAW OFFICES OF LARRY S. BUCKLEY
   1660 Humboldt Road, Suite 5
   Chico, CA 95928
   Tel: (530) 343-3695/Fax: (530) 343-3110

   Attorneys for Plaintiff, TED HAINES

5. a. ___ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ___ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

   b. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

6. I served the documents by the means described in item 5 on *(date):* (see below)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 9/17/13 | Michele Schee | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

l:\25000-000\25131\Pleadings\FEDERAL\Order - Notice of Voluntary Dismissal.docx

- 2 -

[PROPOSED] ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)
**Haines v. Lowe's HIW, Inc.**
**Case No.: 2:12-CV-02117-LKK-KJN**

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221